Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Lauren J Massa-Lochridge

debtor(s)

Chapter 13 Case No. 18-42193-RLE13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

HEARING DATE:    **January 15, 2019**
HEARING TIME:    **1:30 pm**
LOCATION:        **Courtroom 201**

Martha G Bronitsky, Chapter 13 Trustee met and conferred with Nathan Borris on January 03, 2019.

Remaining issues:

Mr. Borris stated that time had run on the objection to the IRS claim but he has communicated with the IRS and they were to amend the claim. He is reluctant to take the default of the IRS due to the partial government shutdown because he wants to include the correct numbers in the plan. He also will be communicating with Scientific America about their Proof of Claim that was not the numbers the Debtor expected. The Debtor is not current with her plan payments and has to provide proof of on-going payments to Scientific America.

Date: January 04, 2019

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Standing Chapter 13 Trustee

| In re | |
|---|---|
| Lauren J Massa-Lochridge debtor(s) | Chapter 13 Case No. 18-42193-RLE13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Lauren J Massa-Lochridge<br>1601 Beverly Pl<br>Berkeley,CA 94707 | Nathan D Borris Atty<br>1380 A Street<br>Hayward,CA 94541 |
| (Debtor(s)) | (Counsel for Debtor) |
| Date: 1/4/2019 | /s/ Martha ivania Silva<br>Martha ivania Silva |