THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>LAUREN MASSA-LOCHRIDGE,<br><br>Debtor | Case No.: 18-42193<br>Chapter 13<br><br>**DEBTOR'S NOTICE OF CONVERSION OF CASE TO CHAPTER 7** |

  Pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3), the undersigned requests an order converting this chapter 13 case to one under chapter 7. As required by Fed. R. Bankr. P. 1019, the Debtor(s) will file separately:

1. A statement of intention (Official Form 108), not later than 30 days after entry of the order of conversion or before the first date set for the meeting of creditors, whichever is earlier;
2. A schedule, including the name and address of each creditor, of unpaid debts incurred after the filing of the petition and before conversion, not later than 14 days after conversion of the case;

1

3. If this case commenced on or after October 17, 2005, a Statement of Current Monthly Income and Means Test Calculation (Official Form B 122A); and
4. If a plan has been confirmed,
    a. a schedule of unpaid debts incurred after confirmation but before conversion and that are not listed in the trustee's final report, not later than 60 days after the filing of the trustee's final report; and
    b. a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion.

DATED: January 16, 2019 /s/ NATHAN D. BORRIS, ESQ.
*Attorney for Debtor*

# CERTIFICATE OF SERVICE

I, Nathan D. Borris, certify that the following is true and correct:

I am employed in Hayward, County of Alameda, California, am over the age of eighteen years, and am not a party to the within entitled cause.

My business address is 1380 A Street, Hayward, CA 94541. On January 16, 2019, I served a DEBTOR'S NOTICE OF CONVERSION OF CASE TO CHAPTER 7 by causing true copies thereof, enclosed in sealed envelopes with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Hayward, CA, addressed to the following, or served via ECF:

Capital One
PO Box 30285
Salt Lake City, UT 84130

Clear Recon Corp
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Niel Gapoff
c/o Law Office of Dena Thaler, Esq.
405 14th Street Suite 511
Oakland, CA 94612

Portfolio Recovery Associates
130 Corporate Blvd
Norfolk, VA 23502

Martha G. Bronitsky
Chapter 13 Standing Trustee
PO Box 5004
Hayward, CA 94540-5004

Office of the U.S. Trustee
450 Golden Gate Avenue
#05-0153
San Francisco, CA 94102

US Bank, N.A., Successor in Interest to Wells Fargo Bank, N.A.
c/o Diane Weifenbach, Esq.
5120 E. LaPalma, Suite 209
Anaheim, CA 92807

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

SST as servicing agent for CIGPF I CORP
4315 Pickett Road,
St. Joseph, Missouri 64503

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelopes were collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 16, 2019 at Hayward, CA.

/s/ Nathan Borris
Nathan D. Borris